IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PROPHET PAULCIN,
    Plaintiff,

vs.                                         Case No.: 3:09cv573/RV/EMT

WALTER A. McNEIL, et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 23, 2010 (Doc. 15). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's notice of voluntary dismissal (Doc. 14) is **GRANTED** and this case is **DISMISSED without prejudice**.

**DONE AND ORDERED** this 23rd day of August, 2010.

                              */s/ Roger Vinson*
                              **ROGER VINSON**
                              **SENIOR UNITED STATES DISTRICT JUDGE**